# United States District Court

WESTERN DISTRICT OF WASHINGTON

AMANDA EILEEN SMESTAD

v.

MICHAEL J. ASTRUE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5252FDB/KLS

____  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

That the above-captioned case be REVERSED and REMANDED to the commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

December 7, 2007                    BRUCE RIFKIN
                                     Clerk

                                    s/ D. Forbes
                                   By, Deputy Clerk