UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AMANDA EILEEN SMESTAD,

                Plaintiff,

v.

MICHAEL J. ASTRUE,
Acting Commissioner of
Social Security Administration,

                Defendant.

NO. CV-07-5252 FDB

ORDER AWARDING ATTORNEY'S FEES
PURSUANT TO 42 U.S.C. § 406(b)

This matter comes before the Court on the motion of the Plaintiff for an order awarding attorney's fees pursuant to 42 U.S.C. § 406(b). The Commissioner has no objection to the request. The Court, having fully considered the pleadings filed in support of the motion, is fully informed and therefore:

ORDERS that counsel for the Plaintiff shall be awarded attorney's fees pursuant to 42 U.S.C. § 406(b) in the gross amount of $10,943.25 less the EAJA award in the amount of $3,220.29, and less $6,917.00 42 U.S.C. § 406(a) fees paid by the Office of Central Operations on October 13. 2009, for a net judgment amount of $805.96.

Done this 15th day of January 2010.

                FRANKLIN D. BURGESS
                UNITED STATES DISTRICT JUDGE

LAW OFFICE OF
TALBOT & ASSOCIATES, P.S.
5005 CENTER STREET, STE. E.
TACOMA, WASHINGTON, 98409
FAX (253) 564-9300
PHONE (253) 566-9300