# United States District Court

WESTERN DISTRICT OF WASHINGTON

AMANDA EILEEN SMESTAD

        v.

MICAHEL J. ASTRUE,
Acting Commissioner of
Social Security Administration,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-5252 FDB

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff shall be awarded attorney's fees pursuant to 42 U.S.C. § 406(b) in the gross amount of $10,943.25 less the EAJA award in the amount of $3,220.29, and less $6,917.00 42 U.S.C. § 406(a) fees paid by the Office of Central Operations on October 13, 2009, for a net judgment amount of $805.96.

January 20, 2010

BRUCE RIFKIN
Clerk

/s Mary Trent
Deputy Clerk