AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# United States District Court

WESTERN DISTRICT OF WASHINGTON

AMANDA EILEEN SMESTAD

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

AMENDED JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5252FDB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Counsel for the plaintiff shall be awarded attorney's fees pursuant to 42 U.S.C. § 406(b) in the gross amount of $10,9423.25 less the prior EAJA award $3,220.29 and amends the 406(a) to $7,000.00 for a net award of $722.96.

| March 3, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk